1  VAN LONGYEAR, CSB NO. 84189
   NATASHA N. LANGENFELD, CSB NO. 250944
2  Longyear, O'Dea and Lavra, LLP
   3620 American River Drive, Suite 230
3  Sacramento, CA. 95864
   Telephone: (916) 974-8500
4  Facsimile: (916) 974-8510

5  Attorneys for Defendant, County of Sacramento
   (erroneously sued as Sacramento County Sheriff' Department)

# UNITED STATES DISTRICT COURT EASTERN DISTRICT

# OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF RAMON WASHINGTON, ANNETTE WASHINGTON AND PATRICIA WASHINGTON<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, and DOES 1-30,<br><br>　　　　Defendants. | **Case No. 2:09-cv-02428 WBS KJM**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**[Fed.R.Civ.P.41(a)]**<br><br>**Status Conference: 3/22/10**<br>**Time: 2:00 P.M.**<br>**Courtroom: 5**<br><br>**The Honorable William Shubb** |

COMES NOW PLAINTIFFS AND DEFENDANTS County of Sacramento, erroneously sued herein as the Sacramento County Sheriff's Department, in this action and through their counsel stipulate that this matter may be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, of any and all claims, in consideration of settlement payment from the County to plaintiffs, Annette Washington and Patricia Washington, for amount satisfactory to plaintiffs.

Each party to bear his, her or its own costs and attorneys' fees, including any entitlement to fees or costs pursuant to 42 U.S.C. Section 1988. The parties therefore stipulate that this matter may be dismissed in its entirety with prejudice.

Dated: March 17, 2010        LONGYEAR, O'DEA & LAVRA, LLP

By: */s/ Van Longyear*

VAN LONGYEAR
Attorneys for Defendant, County of Sacramento

Dated: March 17, 2010        ELLEN C. DOVE

By: */s/ Ellen C. Dove*

ELLEN C. DOVE
Attorney for Plaintiffs

*Washington v. County, et al.*

**Case No. 2:09-cv-02428 WBS KJM**

**ORDER DISMISSING ACTION**

**IT IS SO ORDERED**. This entire action is dismissed with prejudice. All parties to bear his, her or its own costs and attorneys' fees.

Dated: March 17, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Longyear, O'Dea and Lavra**
3620 American River Drive, Suite 230,
Sacramento, Ca. 95864
Telephone: (916) 974-8500 Facsimile 974-8510